Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:  Chapter: 13

Adair, Kelvin  Case No.: 14-33264-DHW

Debtor

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

_Christine Harding_, being duly sworn, deposes and states:

1. I am a/an _Assistant Vice President_ of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. ("BANA") and am authorized to sign this affidavit on behalf of BANA, as ("Movant") with respect to a certain loan (the "Loan") provided to Debtor, which Loan is evidenced by the Note (defined below) and secured by the Mortgage (defined below). This affidavit is provided in support of the Motion for Relief from Stay filed contemporaneously herewith (the "Motion"). In preparation for signing this affidavit, I have reviewed the Motion and all Exhibits to the Motion.

2. As part of my job responsibilities for BANA, I am familiar with the types of records maintained by BANA in connection with the Loan and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of BANA that pertain to the Loan and extensions of credit given to Debtor concerning the Property (defined below).

3. The information in this affidavit is taken from BANA's business records regarding the Loan. I have personal knowledge of BANA's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the

matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records.

4. The Debtor and Vanita T. Russell has executed and delivered or is otherwise obligated with respect to that certain promissory note, dated 04/08/2004, in the original principal amount of $75,069.00 (the "Note"). A true and correct copy of the Note is attached to the Motion as Exhibit B.

5. Pursuant to that certain Mortgage, dated 04/08/2004 (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property commonly known as 3400 Cross Creek Drive, Montgomery, AL 36116-3608. A true and correct copy of the Mortgage is attached to the Motion as Exhibit C.

6. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of Mortgage. A true and correct copy of which is attached to the Motion as Exhibit D.

7. As of September 11, 2015 the unpaid principal balance of the Note is $61,450.81.

8. As of September 11, 2015, the outstanding amount of the Obligations less any partial payments or suspense balance is $68,240.41.

9. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | 07/01/2015 | 09/01/2015 | $637.50 | $1,912.50 |
| Less post-petition partial payments: | | | | ($501.31) |

**Total: $1,411.19**

Pursuant to 28 U.S.C § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of September, 2015.

Name: Christine Harding
Title: Assistant Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Ventura

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2015 by Christine Harding, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ (Notary Seal)
Signature
Notary Public

WENDY R. ALTMAN
COMM. # 1993912
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
October 13, 2016